RECEIVED
IN LAKE CHARLES, LA

JAN - 3 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| TANYA WILSON | CIVIL ACTION NO 05-CV-1600 |
| VERSUS | JUDGE MINALDI |
| DILLARD STORE SERVICES, INC. | MAGISTRATE WILSON |

### REMAND ORDER

The foregoing Joint Motion to Remand considered:

IT IS HEREBY ORDERED that the motion is GRANTED. Based upon plaintiff's stipulation that her damages do not exceed $75,000.00, this matter is remanded to the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, subject to this Court's continuing jurisdiction to impose appropriate sanctions should plaintiff attempt to recover more than $75,000.00 damages in state court.

So ordered, Lake Charles, Louisiana, this 3rd day of Jan, 2006.

_____
United States District Judge

BR 434341